FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 JUN 22 PM 12: 11

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE SOLORZANO-MARTINE AKA JOSE SOLORZANO-MARTINEZ AKA SERGIO MARTINEZ,<br>MARIA RIVAS,<br>CRAIG HOLCOMB,<br><br>Defendants. | 8:16CR 204<br><br>INDICTMENT<br>21 U.S.C. § 846<br>21 U.S.C. §§ 841(a)(1) & (b)(1)<br>18 U.S.C. § 922(g)(5)(A)<br>18 U.S.C. § 924(a)(2). |

The Grand Jury charges that

## COUNT I

Beginning on or about March 24, 2016 and continuing to on or about April, 4, 2016, in the District of Nebraska, the defendants, JOSE SOLORZANO-MARTINE AKA JOSE SOLORZANO-MARTINEZ AKA SERGIO MARTINEZ and CRAIG HOLCOMB, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) &(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about March 29, 2016, in the District of Nebraska, MARIA RIVAS, Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance

1

containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT III

On or about April 4, 2016, in the District of Nebraska, CRAIG HOLCOMB, Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT IV

On or about April 4, 2016, in the District of Nebraska, JOSE SOLORZANO-MARTINE AKA JOSE SOLORZANO-MARTINEZ AKA SERGIO MARTINEZ, Defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT V

On or about April 4, 2016, in the District of Nebraska, JOSE SOLORZANO-MARTINE AKA JOSE SOLORZANO-MARTINEZ AKA SERGIO MARTINEZ, defendant herein, then being an alien illegally and unlawfully in the United States, possessed in and affecting commerce a firearm, described as a Ruger P90 .45 caliber pistol, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A) and subject to sentencing under Title 18, United States Code, Section 924(a)(2).

## COUNT VI

On or about April 4, 2016, in the District of Nebraska, JOSE SOLORZANO-MARTINE AKA JOSE SOLORZANO-MARTINEZ AKA SERGIO MARTINEZ, defendant herein, then being an alien illegally and unlawfully in the United States, possessed in and affecting commerce a firearm, described as a Russian SKS rifle 7.62x39 caliber rifle and a Mossberg Maverick 88 12 Gauge Shotgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A) and subject to sentencing under Title 18, United States Code, Section 924(a)(2).

## FORFEITURE ALLEGATION

As a result of the forgoing offense, JOSE SOLARZANO-MARTINE AKA JOSE SOLORZANO-MARTINEZ AKA SERGIO MARTINEZ, Defendant herein, shall forfeit to the United States any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violations alleged in Count I of this Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged this Indictment, including but not limited to the following: All United States currency seized from JOSE SOLARZANO-MARTINE AKA JOSE SOLORZANO-MARTINEZ AKA SERGIO MARTINEZ on April 4, 2016.

In violation of Title 21, United States Code, Section 853

A TRUE BILL.

███████████████
FOREPERSON

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DOUGLAS J. AMEN
Special Assistant U.S. Attorney

4